IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KEITH RUSSELL JUDD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:11-cv-6176-HO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SECRETARY OF STATE OF OREGON, | ) | |
| STATE OF OREGON, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff initiated this suit on May 25, 2011, seeking an injunction forcing his placement on Oregon's 2012 presidential primary election ballot and a declaration that convicted felons have a right to vote in the primary. Plaintiff also sought *in forma pauperis* (IFP) status which the court denied without prejudice due to a failure to provide the correct form. After the court provided plaintiff with the correct form, plaintiff refused to complete the application and the court dismissed the case on July 15, 2011.

On September 16, 2011, plaintiff appealed. On October 18, 2011, the Ninth Circuit found the appeal "so insubstantial as to not warrant further review." On October 20, 2011, plaintiff sought leave to

appeal IFP. The court denied the motion in light of the previous orders in the case.

Plaintiff now seeks relief from the judgment and an order to register all convicted/incarcerated felons to vote in all 2012 elections and to remove Barack Obama from Oregon's presidential ballot. To date, plaintiff has not paid a filing fee or obtained IFP status. However, in anticipation of a denial of the motion, plaintiff has already filed a notice of appeal to the Supreme Court. To the extent this court still has jurisdiction to rule on the motion, the motion is denied.

## CONCLUSION

For the reasons stated above, plaintiff's motion for relief from judgment (#20) is denied.

DATED this 7th day of September, 2012.

Michael C. Hogan
United States District Judge